UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-2122

_____

DELAWARE RIVERKEEPER NETWORK;
MAYA VAN ROSSUM, the Delaware Riverkeeper,

Petitioners

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL
PROTECTION; PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

Respondents

TRANSCONTINENTAL GAS PIPE LINE CORP,

Intervenor Respondent

_____

No. 15-2158
_____

NEW JERSEY CONSERVATION FOUNDATION;
STONY BROOK MILLSTONE WATERSHED ASSOCIATION; FRIENDS OF
PRINCETON OPEN SPACE,

Petitioners

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION;
TRANSCONTINENTAL GAS PIPE LINE CORP,

Respondents

On Petition for Review of an Order of the
Federal Energy Regulatory Commission
(Agency Nos. FERC CP13-551-00; EA40-013 & EA45-002)
(Agency Nos. 0000-13-0012.1FHA140001,
0000-13-0012.1FWW140001, 0000-13-0012.2FHA140001
& 0000-13-0012.2FWW140001)

Argued on October 29, 2015
Before:  GREENAWAY, JR., SCIRICA and ROTH, Circuit Judges

**O R D E R**

By letter dated February 14, 2017, the Clerk solicited comments from the Respondent and Intervenor Respondent with respect to the Court's intention to replace references to "tree clearing" contained in the opinion with the term "tree felling."  Upon consideration of the parties' responses, the Court has determined that an amended opinion will be issued.  The amendment does not alter the Court's judgment previously entered on August 8, 2016.

By the Court,

s/ Jane R. Roth
Circuit Judge

Dated: March 24, 2017

mlr/cc: all counsel